NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                        BK−22−10276−nmc
                                              CHAPTER 7
GREG T. ECKERT


                        Debtor(s)             FINAL DECREE

_____


The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that BRIAN D. SHAPIRO is discharged as trustee of the estate.

This Chapter 7 case is closed.


Dated: 5/5/22                           *Mary A Schott*

                                        Mary A. Schott
                                        Clerk of Court